Accordingly,

IT IS ORDERED THAT:

(1) These appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

WORLD WIDE STATIONERY MAN-
UFACTURING CO., LTD., Plain-
tiff–Appellant,

v.

U.S. RING BINDER, L.P., Defendant–
Cross Appellant.

Nos. 2010–1358, 2010–1359.

United States Court of Appeals,
Federal Circuit.

May 5, 2011.

William K. West, Jr. Howrey, LLP, of
Washington, DC, argued for plaintiff-ap-
pellant. With him on the brief was Pame-
la S. Kane. Of counsel on brief were
Keith A. Rabenberg and Richard L. Bro-
phy, Senniger Powers, LLP, of St. Louis,
MO.

Timothy E. Grochocinski, The Simon
Law Firm, PC, of St. Louis, MO, argued
for defendant-cross appellant. With him
on the brief was Anthony G. Simon.

Before GAJARSA, DYK, and PROST,
Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

WORLD WIDE STATIONERY MAN-
UFACTURING CO., LTD., Plain-
tiff–Appellant,

v.

U.S. RING BINDER, L.P., Defendant–
Cross Appellant.

Nos. 2011–1037, 2011–1050.

United States Court of Appeals,
Federal Circuit.

May 5, 2011.

Keith A. Rabenberg, Senniger Powers, LLP of St. Louis, MO argued for the plaintiff-appellant. With him on the brief was Richard L. Brophy. Of counsel on the brief was William K. West, Jr., Howrey, LLP, of Washington, DC.

Timothy E. Grochocinski, The Simon Law Firm, PC, of St. Louis, MO, argued for defendant-cross appellant. With him on the brief was Anthony G. Simon.

Before GAJARSA, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Dennis **SATEREN**, Claimant–Appellant,

v.

Eric K. **SHINSEKI**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7067.

United States Court of Appeals, Federal Circuit.

May 5, 2011.

Dennis Sateren, of Portsmouth, VA, pro se.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief was David J. Barrans, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.